# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JEIDY PENA,

        Plaintiff,

v.

CHIPOTLE MEXICAN GRILL, INC.,

        Defendant.

CASE NO. C18-574 MJP

ORDER ON MOTION TO AMEND COMPLAINT

The above-entitled Court, having received Plaintiff's Motion to Amend Complaint (Dkt. No. 7) and Defendant's Non-Opposition to Plaintiff's Motion (Dkt. No. 11), rules as follows:

IT IS ORDERED that the motion is GRANTED; Plaintiff must filed the Amended Complaint within five (5) days of this order.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 27, 2018.

_[signature]_

The Honorable Marsha J. Pechman
United States Senior District Court Judge

ORDER ON MOTION TO AMEND COMPLAINT - 1