THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEIDY PENA, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>               Defendant. | Case No. 2:18-cv-00574-MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
Case No. 2:18-cv-00574-MJP

# I. STIPULATION

Plaintiff Jeidy Banessa Pena and Defendant Chipotle Mexican Grill, Inc. hereby stipulate and jointly request that the Court dismiss the above-entitled action in its entirety with prejudice and without costs or attorneys' fees to either party beyond those contemplated in the settlement agreement.

STIPULATED to this 22nd day of January, 2019.

*s/ Joseph Davison*
Joseph Davison, WSBA No.51264
Anthony Todaro, WSBA No. 30391
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:   206.839.4800
Fax:   206.839.4801
E-mail: anthony.todaro@dlapiper.com
E-mail: joseph.davison@dlapiper.com
Attorneys for Defendant
Chipotle Mexican Grill, Inc.

AND

s/ *Robin J. Shishido*
Robin J. Shishido, WSBA No. 45926
Jordan A. Taren, WSBA No. 50066
SHISHIDO TAREN PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98104
Telephone: (206) 486-2069
E-mail: rshishido@shishidotaren.com
E-mail: jtaren@shishidotaren.com

Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
Case No. 2:18-cv-00574-MJP

## II. ORDER

THIS MATTER having come before the undersigned judge of the above-entitled court based on stipulation of the parties, now, therefore,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed, with prejudice and without award of costs or attorneys' fees to either party.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

*s/ Joseph Davison*
Joseph Davison, WSBA No.51264
Anthony Todaro, WSBA No. 30391
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
Fax: 206.839.4801
E-mail: anthony.todaro@dlapiper.com
E-mail: joseph.davison@dlapiper.com
Attorneys for Defendant
Chipotle Mexican Grill, Inc.

AND

*s/ Robin J. Shishido*
Robin J. Shishido, WSBA No. 45926
Jordan A. Taren, WSBA No. 50066
SHISHIDO TAREN PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98104
Tel: 206.486.2069
E-mail: rshishido@shishidotaren.com
E-mail: jtaren@shishidotaren.com

Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
Case No. 2:18-cv-00574-MJP

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on January 22, 2019, I electronically filed the foregoing with the |
| 3 | Clerk of the Court using the CM/ECF system, which will send notification of such filing to the |
| 4 | attorneys of record for the parties. |
| 5 | Dated this 22nd day of January, 2019. |

      *s/ Rachel Evans*
      Rachel Evans, Legal Practice Specialist

WEST\285129156.1

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3
Case No. 2:18-cv-00574-MJP